IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gorge Design Group, *et al.*<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>SYARME, *et.al.*<br><br>　　　　　　　Defendants. | Civil Action No.<br><br>20-1384<br><br>(Judge Stickman)<br><br>**Filed Under Seal** |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT MERCADOMAGICO

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned attorneys, hereby give notice of the voluntary dismissal of all claims against Defendant MERCADOMAGICO. The dismissed Defendant has neither answered Plaintiffs' Complaint nor filed a responsive pleading. Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

/

                                          Respectfully submitted,

Dated: October 5, 2020                 /s/ Stanley D. Ference III
                                          Stanley D. Ference III
                                          Pa. ID No. 59899
                                          courts@ferencelaw.com

                                          Brian Samuel Malkin
                                          Pa. ID No. 70448
                                          bmalkin@ferencelaw.com

                                          FERENCE & ASSOCIATES LLC
                                          409 Broad Street
                                          Pittsburgh, Pennsylvania 15143
                                          (412) 741-8400 – Telephone
                                          (412) 741-9292 – Facsimile

                                          Attorneys for Plaintiffs