IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORGE DESIGN GROUP LLC, *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:20-cv-1384 |
| v. | Hon. William S. Stickman IV |
| SYARME, *et al*, | |
| *Defendants*. | |

## ORDER SETTING BRIEFING SCHEDULE

AND NOW, this 21st day of October 2020, Defendant Neomagic Corporation having filed a Motion for Attorneys' Fees and Costs with Memorandum in Support thereof, IT IS HEREBY ORDERED that Plaintiffs' response and brief in opposition thereto, not to exceed **thirty-five** pages, shall be filed by **November 5, 2020**. No reply briefs are permitted absent leave of court.

BY THE COURT:

/s/  *William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE