Kent E. Baldauf, Jr.
PA ID No. 70793
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com

Andrew T. Oliver (Cal Bar No. 226098) (*admitted pro hac vice*)
AMIN, TUROCY & WATSON LLP
160 West Santa Clara Street, Suite 975
San Jose, CA 95113
Telephone: 650-393-0634
Email: aoliver@ATWiplaw.com

Attorneys for Defendant
Neomagic Corporation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GORGE DESIGN GROUP, LLC, *et al.*, | Civil Action No. 2:20-CV-01384-WSS |
| Plaintiffs, | |
| v. | (Judge Stickman) |
| SYARME, *et al.*, | |
| Defendants. | |

**Certification Pursuant to F.R.A.P 10(b)(1)(B)**

Defendant NeoMagic Corporation (d/b/a mercadomagico.com) filed its notice of appeal with this Court on December 22, 2020. Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), defendant/appellant hereby certifies that no transcript of the proceedings will be ordered by defendant/appellant.

Dated: January 4, 2021

By:    /s/ Andrew T. Oliver
     ANDREW T. OLIVER

Kent E. Baldauf, Jr.
PA ID No. 70793
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com

Andrew T. Oliver (Cal Bar No. 226098)
   (*admitted pro hac vice*)
AMIN, TUROCY & WATSON LLP
160 West Santa Clara Street, Suite 975
San Jose, CA 95113
Telephone: 650-393-0634
Email: aoliver@ATWiplaw.com

Attorneys for Defendant Neomagic Corporation

Certification Pursuant to FRAP 10(b)(1)(B)
Civil Action No. 2:20-cv-01384-WSS