1  Kent E. Baldauf, Jr.
   PA ID No. 70793
2  The Webb Law Firm
   One Gateway Center
3  420 Ft. Duquesne Blvd., Suite 1200
   Pittsburgh, PA 15222
4  412.471.8815
   412.471.4094 (fax)
5  kbaldaufjr@webblaw.com

6  Andrew T. Oliver
   Cal Bar No. 226098 (pro hac vice)
7  AMIN, TUROCY & WATSON LLP
   160 West Santa Clara Street, Suite 975
8  San Jose, CA  95113
   Telephone: 650-393-0634
9  aoliver@ATWiplaw.com
   mting@ATWiplaw.com
10
   Attorneys for Defendant
11 NeoMagic Corporation

12

13

14          **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
15

16

17  GORGE DESIGN GROUP, LLC, *et al.*,          Civil Action No. 2:20-CV-01384-WSS

18                          Plaintiffs,          **JOINT REQUEST FOR STATUS**
                                                 **CONFERENCE REGARDING**
19           v.                                  **POTENTIAL RULE 54(b) MOTION**

20  SYARME, *et al.*,

21                          Defendants.

22

23

24

25

26

27

28

1    This request is made jointly by Defendant NeoMagic Corporation (doing business as

2 www.mercadomagic.com) ("Defendant" or "NeoMagic") and Plaintiffs Gorge Design Group, LLC's

3 and Kirby Erdely's (collectively "Plaintiffs" or "Gorge") (Defendant and Plaintiffs collectively, the

4 "Parties"). The Parties jointly request that the Court provide a pre-filing telephonic status conference

5 to discuss a potential motion for final judgment under Fed. R. Civ. P. 54(b) by NeoMagic.

6    This request is filed by counsel for NeoMagic with consent of counsel for Plaintiffs.

7    Plaintiff dismissed NeoMagic from this case pursuant to Rule 41. ECF No. 31. NeoMagic

8 moved for sanctions (ECF No. 42), which this Court denied. ECF No. 76. NeoMagic filed an appeal

9 of the order denying sanctions. ECF No. 80. The appeals court indicated that the appeal might not be

10 proper yet as Plaintiffs are proceeding against other parties. *See, e.g.,* ECF No. 95.

11    In this case, Plaintiffs named 39 defendants. Twenty-eight (28) have been dismissed. One

12 defendant, Meaning Xuansheng, is actively defending the case. And default has been entered against 10

13 defendants; but default judgment has not yet been entered. ECF No. 94. So, eleven (11) defendants

14 remain active in this case.

15    NeoMagic would like to seek final judgment under Rule 54(b). NeoMagic provided Plaintiffs

16 with a draft memorandum in support of a motion seeking such relief. The Parties met and conferred

17 telephonically. Plaintiffs' counsel indicated that Plaintiffs would oppose, and suggested that the Parties

18 contact this Court for a pre-filing conference. NeoMagic's counsel agreed that such a conference

19 would be beneficial before filing a potentially-contested motion.

20    Accordingly, the Parties request a telephonic pre-filing status conference to discuss the potential

21 filing of such a motion under Rule 54(b).

22    For the Court's benefit, NeoMagic believes that the proper standard is stated below:

23
> [I]n considering whether to grant a motion for certification under Rule 54(b), the Third
24
> Circuit has articulated factors that the district courts should consider: (1) the
> relationship between the adjudicated and unadjudicated claims; (2) the possibility that
> the need for review might or might not be mooted by future developments in the
25
> district court; (3) the possibility that the reviewing court might be obliged to consider
> the same issue a second time; (4) the presence or absence of a claim or counterclaim
26
> which could result in set-off against the judgment sought to be made final; (5)
> miscellaneous factors such as delay, economic and solvency considerations, shortening
27
> the time of trial, frivolity of competing claims, expense, and the like.

28
2

Joint Request for Status Conference
Civil Action No. 2:20-cv-01384-WSS

1   *Shingledecker v. W. Power Sports, Inc.*, No. 1:19-CV-00017-CCW, 2021 U.S. Dist. LEXIS 24315, at *9

2   (W.D. Pa. Feb. 9, 2021).

3   <u>Plaintiffs' Position</u>

4   Plaintiffs disagree with Defendants regarding the applicability of Rule 54(b) to this case, at least

5   for the following reasons.

6   First, the Rule 41(a) voluntary dismissal of Defendant from this case was made by notice, so

7   there is no final decision to certify. ("A defendant's motion for entry of a final judgment under

8   Rule 54(b) should be denied if the action has already been dismissed by notice.") *In re Bath &*

9   *Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 166 (3d Cir. 2008) (quoting, 8 James Wm. Moore et

10  al. Moore's Federal Practice § 41.33[6][e] (3d ed. 2008); and citing 9 Charles Alan Wright Arthur

11  R. Miller, Federal Practice Procedure: Civ.3d § 2367, at 559-61 (3d ed. 2008) ("After the dismissal,

12  the action no longer is pending in the district court and no further proceedings in the action are

13  proper.").

14  Second, it is Plaintiffs' position that once Defendant MERCADOMAGICO filed its notice

15  of appeal, the federal district was deprived of any jurisdiction to hear further matters concerning

16  Defendant MERCADOMAGICO in this case. *See Fattah v. Rackovan*, M.D. Pa., September 15,

17  2020, 2020 U.S. Dist. LEXIS 168437 ("the filing of a notice of appeal is 'an event of jurisdictional

18  significance – it confers jurisdiction on the court of appeal and divests the district court'") (citing

19  *Griggs v Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) and *In re Mercedes-Benz*

20  *Emissions Litig.*, 797 Fed. Appx. 695, 698-99 (3rd Cir. 2020)).

21

22  / / /

23

24  / / /

25

26  / / /

27

28

3

Joint Request for Status Conference
Civil Action No. 2:20-cv-01384-WSS

1

**Conclusion**

2            For these reasons, the parties are seeking a telephonic pre-filing status conference

3    with the Court.

4                                             Respectfully submitted,

5    Dated:  March 11, 2021

                                          By:   /s/ Andrew T. Oliver
6                                              ANDREW T. OLIVER

7

8                                            Kent E. Baldauf, Jr.
                                          PA ID No. 70793
9                                            The Webb Law Firm
                                          One Gateway Center
10                                           420 Ft. Duquesne Blvd., Suite 1200
                                          Pittsburgh, PA 15222
11                                           412.471.8815
                                          412.471.4094 (fax)
12                                           kbaldaufjr@webblaw.com

13                                           Andrew T. Oliver
                                          Cal Bar No. 226098 (pro hac vice)
14                                           AMIN, TUROCY & WATSON LLP
                                          160 West Santa Clara Street, Suite 975
15                                           San Jose, CA  95113
                                          Telephone: 650-393-0634
16                                           aoliver@ATWiplaw.com

17                                           Attorneys for Defendant
                                          NeoMagicCorporation
18

19

20

21

22

23

24

25

26

27

28

                                             4

Joint Request for Status Conference
Civil Action No. 2:20-cv-01384-WSS