IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORGE DESIGN GROUP, LLC, *et al*, <br><br>　　　　　　　　　　Plaintiffs, <br>v. <br>SYARME, *et al*., <br>　　　　　　　　　　Defendants. | Civil Action No. 20-1384 <br><br>(Judge Stickman) |

**STATUS REPORT**

This case involves multiple defendants, some of which have been terminated and some are still active. One of the Defendants, MEANING XUANSHENG filed an Answer to the Complaint (ECF No. 2) at ECF No. 88. Thereafter, this Court entered a scheduling order for initial case management (ECF No. 90) to take place between Plaintiff and MEANING XUANSCHENG. After the initial scheduling case management was accomplished, the Court then entered a Case Management Order (ECF No. 99) which required the Plaintiff and MEANING XUANSCHENG to engage in ADR process per the local rules and set a further post-discovery conference on June 29, 2021. The Plaintiff (on behalf of all parties) filed a Stipulation selecting ADR process. (ECF No. 110). The Court then referred the case to Early Neutral Evaluation (ECF No. 111). Following the referral, the Plaintiff MEANING XUANSCHENG (on behalf of all parties) filed a Joint Stipulation of Dismissal of Plaintiff's claims against MEANING XUANSCHENG. (ECF No. 113). Accordingly, the parties have resolved all matters and Plaintiff respectfully requests that the Court terminate the Defendant MEANING XUANSCHENG from the case and vacate the case management order at ECF No. 99.

1

Respectfully submitted,

**Counsel for Plaintiffs:**

   /s/Brian S. Malkin
**Stanley D. Ference III**
**Ference & Associates**
409 Broad Street
Pittsburgh, PA 15143
(412) 741-8400
Email: courts@ferencelaw.com

**Brian Samuel Malkin**
**Ference & Associates LLC**
409 Broad Street
Pittsburgh, PA 15143
412 741 8400
Fax: 412 741 9292
Email: bmalkin@ferencelaw.com